UNITED STATES of America,
Plaintiff-Appellee,
v.
Raymond Melvin **GILBERT**, Defendant-
Appellant.
No. 30216
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

July 22, 1971.

Rehearing Denied Sept. 15, 1971.

George C. Phillips, Pensacola, Fla.,
court appointed, for defendant-appellant.

William Stafford, U. S. Atty., Pensa-
cola, Fla., for plaintiff-appellee.

Before JOHN R. BROWN, Chief
Judge, INGRAHAM and RONEY, Cir-
cuit Judges.

PER CURIAM:

The parties will be referred to as in
the court below.

Defendant appeals from conviction of
violation of 18 U.S.C., Appendix, Sec-
tion 1202(a) (1), in that he, having
been convicted of a felony, possessed a
firearm.

We find no merit to his first assign-
ment of error, so will treat only his sec-
ond assignment of error, that he was de-
nied his constitutional right to trial by a
fair and impartial jury.

Upon voir dire examination of
the jury panel, all questions were proper-
ly and satisfactorily answered. After the
jury had been sworn, the evidence de-
veloped, the case argued and the jury
charged, the jury retired to deliberate.
The bailiff reported to the court that
Mrs. Mary Borden, a member of the jury,
knocked on the door and advised:

"* * * she ought to talk to some-
one because since she got into the
room the rest of them started talking
in reference to this man and that trial
and stated it had come to her who this
guy was, Mr. Gilbert and, of course,
about him being connected with that
trial down there, and said she thought
she remembered the details of it or him
being connected with that trial and
she wanted to know—"

* [1] Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,
5 Cir., 1970, 431 F.2d 409.

After a conference with counsel in chambers, upon the record, it was decided to ask Mrs. Borden to come out of the jury room and write out her communication, which was as follows:

"I can remember reading in the Pensacola papers and hearing on the television the story of a young girl murdered in Gulf Breeze on February 1968, the name Raymond Melvin Gilbert seems to be the same name as the name of the man tried in Marianna, Florida. Being other jurors were all unaware of this incident, if this be one and the same person, I myself am inclined to find him guilty. I know it would be unjust for me to allow such material to interfere with their finding."

Mrs. Borden was further interrogated by counsel and the court. The defendant moved for a mistrial, which was not granted.

We believe that it was the clear duty of the trial court, in these circumstances, to declare a mistrial and empanel another jury to try the defendant.

Reversed and remanded.